UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:22-cv-11474-LTS

| | |
|---|---|
| JENNA FREEMAN, <br> as Guardian of BRIAN CORBETT, <br> Plaintiff, <br><br> v. <br><br> STEVIE BROWNING, in his individual capacity, JEFFREY BERMANI, in his individual capacity, CHRISTOPHER GOODWIN, in his individual capacity, GARY SACCO, in his individual capacity, and the MASSACHUSETTS STATE POLICE DEPARTMENT, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

I hereby certify, pursuant to Local Rule 7.1(2), that on April 14, 2025 I conferred via email with counsel for the Plaintiff, Attorney Jennifer McKinnon, in a good faith effort to resolve or narrow the issues in dispute prior to filing the foregoing Motion for Leave to File a Document Under Seal. I was advised that the Plaintiff would <u>ASSENT</u> to the motion.

                                                            Respectfully submitted,
                                                            The Defendant,
                                                            JEFFREY BERMANI,
                                                            By his attorneys,

                                                            ROGAL & DONNELLAN, P.C.

                                                            <u>/s/ Joseph G. Donnellan</u>
                                                            Joseph G. Donnellan, BBO# 558060
                                                            100 River Ridge Drive, Suite 203
                                                            Norwood, Massachusetts 02062
                                                           (781) 255-1200
**Dated**: April 15, 2025                      jdonnellan@rogalanddonnellan.com

## **CERTIFICATE OF SERVICE**

      I, Joseph G. Donnellan, hereby certify that I served a copy of the foregoing CERTIFICATION OF CONSULATION PURSUANT TO RULE 7.1 to all counsel of record, via ECF, and to those not so registered via 1st Class U.S. Mail, postage prepaid this 15th day of April, 2025.

                                        /s/ Joseph G. Donnellan
                                        Joseph G. Donnellan