UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNA FREEMAN, ) | |
| AS GUARDIAN OF ) | |
| BRIAN CORBETT ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: 1:22-CV-11474 - LTS |
| vs. ) | |
| ) | |
| STEVIE BROWNING, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Parties' Joint Status Report Concerning the Court's Proposed Certified Questions**

Pursuant to this Court's Order on Certification (Doc. 120), the parties submit this joint status report setting out their respective positions regarding the Court's proposed certification questions.

***Plaintiff***

Plaintiff requests one additional question, which would be Question 4(a) as follows:

> a. *If so, is the defense the same as the qualified immunity defense as it applies to cases pursuant to 42 U.S.C. §1983 and as interpreted by the First Circuit Court of Appeals?*

***Defendant***

Defendant requests one additional clause in the Court's Question 4, which is in bold as follows:

> 4. *If so, may the troopers assert a qualified-immunity **or common law immunity** defense to Brian Corbett's MERA claim premised on these liability theories?*

1

**Respectfully Submitted,**
Jenna Freeman on behalf of
Brian Corbett,
By their Attorneys,


/s/ Jeffrey Wiesner
Jennifer McKinnon, BBO No. 657758
Jeffrey Wiesner, BBO No. 655814
Owen Woo, BBO No. 715886
Wiesner McKinnon LLP
88 Broad St., Suite 503
Boston, MA 02110
Tel.: (617) 303-3940
Fax: (617) 507-7976
jmckinnon@jwjmlaw.com
jwiesner@jwjmlaw.com
owoo@jwjmlaw.com


/s/ Karen A. Pickett
Karen A. Pickett, BBO No. 633801
Pickett Law Offices, P.C.
119 High St.
Boston, MA 02110
617.423.0485
kpickettlaw@gmail.com


| | |
|---|---|
| TROOPER JEFFREY BERMANI,<br>By his attorneys, | TROOPER STEVIE BROWNING,<br>By his attorneys, |
| ROGAL & DONNELLAN, P.C. | LAW OFFICE OF DANIEL J. MOYNIHAN, P.C. |
| /s/ Joseph G. Donnellan<br>Joseph G. Donnellan, BBO# 558060<br>100 River Ridge Drive, Suite 203<br>Norwood, Massachusetts 02062<br>(781) 255-1200<br>jdonnellan@rogalanddonnellan.com | /s/ Daniel J. Moynihan<br>Daniel J. Moynihan, BBO# 546346<br>271 Main Street, Suite 302<br>Stoneham, Massachusetts 02180<br>(781) 438-8800<br>moynihanlaw@verizon.net |

2

| | |
|---|---|
| CHRISTOPHER GOODWIN<br>By his Attorney, | DEFENDANT GARY SACCO,<br>By his attorney, |
| /s/Timothy J. Duggan<br>Timothy J. Duggan (BBO #545966)<br>Duggan & Gianacoplos, LLC<br>89 Access Road, Unit A<br>Norwood, MA 02062<br>T: (781) 762-0077<br>E: tjd@dcclawyers.com | /s/ Michael J. Akerson<br>Michael J. Akerson, Esq., BBO# 558565<br>Vigliotti, Gambaccini & Akerson, PC<br>4 Lancaster Terrace<br>Worcester, MA 01609<br>508-686-0979<br>makerson@vgalawpc.com |

March 9, 2026